ASBURY PARK PRESS, INC. v. DISCOUNT CITY CORP.

November 1, 1983.

Petition for certification denied.

RICHARD LONGCOR v. DRESSER INDUSTRIES, INC.

November 1, 1983.

Petition for certification denied.

WILLIAM T. HEATON, JR. v. JERSEY CENTRAL POWER
& LIGHT CO.

November 1, 1983.

Petition for certification granted.

FIRST NATIONAL STATE BANK OF NEW JERSEY v.
HAROLD KRON.

November 1, 1983.

Petition for certification denied.   (See 190 *N.J.Super.* 510)